1  Paul B. La Scala (SBN: 186939)
   plascala@shb.com
2  Natasha L. Mosley (SBN: 246352)
   nmosley@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
4  Irvine, California 92614-2546
   Telephone:  949.475.1500
5  Facsimile:   949.475.0016

6  Attorneys for Defendants Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., and
   McKesson Corporation
7

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

JS-6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  JOSHUA D. NIEMANN, a minor, by        ) Case No.: SACV12-1817 CJC (JPRx)
    TAWNY NIEMANN, his guardian ad        )
11  litem,                                )
                                          ) Judge: Hon. Cormac J. Carney
12              Plaintiff,                ) Court Room:  9b
    vs.                                   )
13                                        ) **ORDER GRANTING STIPULATION**
    FOREST LABORATORIES, INC., a New)     **FOR REMAND TO THE SUPERIOR**
14  York Corporation; FOREST             ) **COURT OF THE STATE OF**
    PHARMACEUTICALS, INC., a Missouri )   **CALIFORNIA, ORANGE COUNTY**
15  Corporation; H. LUNDBECK A/S D/B/A )
    KEFALAS A/S, a Danish Company;       )
16  LUNDBECK USA, LLC, a Delaware        )
    Corporation; LUNDBECK, LLC, a        ) Complaint Filed:  June 21, 2012
17  Delaware Corporation; LUNDBECK       )
    RESEARCH USA, INC., a Delaware       ) Date: December 3, 2012
18  Corporation; LUNDBECK                ) Time: 1:30 P.M.
    PHARMACEUTICAL SERVICES, LLC, )      Courtroom:  9b
19  an Illinois Corporation; MCKESSON    )
    CORPORATION, a Delaware              )
20  Corporation; and DOES 1 through 100, )
    Inclusive,                           )
21              Defendants.              )
                                          )
22

23

24

25

26

27

28

                                                              ORDER RE STIPULATION
   127599 V1

1    Upon consideration of the parties' Stipulation for Remand to the Superior Court

2  of the State of California, Orange County and Continuance of Hearing on Pending

3  Motion To Dismiss, and good cause appearing therefor,

4

5    IT IS HEREBY ORDERED that this action shall be remanded to the Superior

6  Court of the State of California, Orange County pursuant to 28 U.S.C. § 1447(c).

7

8    **IT IS SO ORDERED.**

9

10  Dated: <u>November 13</u>, 2012

11                                                                      Hon. Cormac J. Carney
                                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

127599 V1